# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN LARUE SCOTT,
                        Appellant,
            vs.
THE STATE OF NEVADA,
                        Respondent.

No. 79089

**FILED**

JUL 2 9 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an amended judgment of conviction. Eighth Judicial District Court, Clark County; Joseph Hardy, Jr., Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, it appears that appellant was not aggrieved by the amended judgment of conviction. *See* NRS 177.015 (only an aggrieved party may appeal). The district court entered an amended judgment to indicate that appellant was sentenced under NRS 207.010(1)(b)(2).[1]  Accordingly, this court

ORDERS this appeal DISMISSED.[2]

_____, J.
Hardesty

_____, J.        _____, J.
Stiglich                                          Silver

---

[1]The Court of Appeals affirmed and remanded for entry of a corrected judgment of conviction stating that appellant was sentenced pursuant to NRS 207.010(1)(b)(2). *See Scott v. State*, Docket No. 77422-COA (Order of Affirmance, May 17, 2019).

[2]Given this order, no action will be taken on the pro se motion filed on July 16, 2019.

SUPREME COURT
OF
NEVADA

(O) 1947A

19-31806

cc: Hon. Joseph Hardy, Jr., District Judge
Steven Larue Scott
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A